IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AARON MALONE, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:13-1212 |
| | ) Judge Trauger |
| CCA, et al, | ) |
| Defendants. | ) |

## O R D E R

On March 25, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 73), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** as follows:

1. Defendants Nurse Brown, Nurse Glenda, and Physician Director Doctor Jane Doe are **DISMISSED** from this action without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure.

2. The Motion to Dismiss (Docket No. 40) filed by Defendant CCA is **GRANTED** to the extent that this defendant requests that the court not exercise supplemental jurisdiction over the state law claim brought against it by the plaintiff.

3. This case is **REMANDED** to the Circuit Court for Davidson County, Tennessee, where it was originally filed.

It is so **ORDERED.**

Enter this 21st day of May, 2015.

                                              _____
                                                   ALETA A. TRAUGER
                                                   U.S. District Judge